# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## JONESBORO DIVISION

**ASHLEIGH HARRISON**                                                          **PLAINTIFF**

**V.**                      **CASE NO. 3:16-CV-00240 JM**
**BOBBY NEW and**
**JUSTIN KIMBLE**                                                       **DEFENDANTS**

## **JUDGMENT**

Pursuant to the order filed on November 1, 2016, judgment is entered dismissing this case without prejudice; the relief sought is denied. The Court certifies that an *in forma pauperis* appeal is considered frivolous and not in good faith.

DATED this 2nd day of November, 2016.

                                                                                _____
                                                                                JAMES M. MOODY, Jr.
                                                                                UNITED STATES DISTRICT JUDGE